RECEIVED
NOV 13 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY _____

Case 5:17-cv-01493-SMH-MLH   Document 1   Filed 11/13/17   Page 1 of 3 PageID #: 1

RECEIVED
NOV 13 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

PAGE 1 OF 3

ERWIN D. COLEMAN
V.
MEKESHA (SMITH) CREAL
JAMES STEWART
MIKE SPENCE ET AL
KELLY CRAIG

5:17-cv-1493  SEC P

STATE OF LOUISIANA
V.
ERWIN D. COLEMAN
NO. 350379 SEC. 3

42 USC 1983 CIVIL RIGHTS COMPLAINT

THIS INSTANT ACTION STEMS FROM THE FRIVOLOUS PROSECUTION OF THIS PLAINTIFF IN FIRST JUDICIAL DISTRICT COURT, CADDO PARISH LOUISIANA. PLAINTIFF WAS ARRESTED UNDER FALSE PROBABLE CAUSE ON, 6/28/2017, AS THE RESULT OF A TOTALLY FRIVOLOUS CALL TO POLICE BY ALLEDGED VICTIM, KELLY CRAIG FIRST STATING THAT SHE AND HER BROTHER, KURTIS CRAIG OBSERVED ME LEAVEING HER HOME AT 1704 DIXIE LEAGUE DRIVE ON JUNE 21, 2017, AND UPON ENTERING THE STRUCTURE, THEY NOTICED PLATES, LIQUOR BOTTLES AND OTHER THINGS BROKEN AND STREWN ABOUT. ALSO A HAMMER OR SOME TOOL BURSTED INTO THE SCREEN OF HER T.V.. A FAN WAS ALLEDGEDLY DAMAGED ALSO. POLICE CAME TO MY HOME INVESTIGATING AND STATED THAT THE DESCRIPTION OF THE PERSON, (ALLEDGELY ME!), WAS WEARING TOTALLY DIFFERENT CLOTHES THAN I, AND THEREFORE WROTE UP A REPORT FOR PROPERTY DAMAGE, AND LEFT. THIS WAS NOT GOOD ENOUGH FOR KELLY CRAIG, AS SHE ARRAINGED YET ANOTHER, MORE ELABORATE SCHEME THAT CAUSED MY ARREST ON BURGLARY OF AN INHABITED DWELLING ON 6/28/17, WITH THE OBVIOUSLY COHORSED TESTIMONY OF A 15 YEAR OLD JUVINILE DELINQUINT TRUANT BY THE NAME OF JASMINE COLLINS, WHO INTERVENED TO LIE TO POLICE THAT SHE HAD ENCOUNTERED ME LEAVING 1704 DIXIE LEAGUE DR. AFTER HEARING GLASS SMASHING, AND OTHER THINGS BEING BROKEN, AND ALSO CLAIMING THAT I TOLD HER SOMETHING TO THE EFFECT OF→

COLEMAN
v
(SMITH) CREAL ET AL

U.S. DISTRICT COURT
WESTERN DISTRICT OF LA.
CIVIL ACTION ON CADDO DISTRICT
COURT DOCKET NO. 350379 SEC. 3

PAGE 2 OF 3

"I HAD TO GET A LICK BACK ON KELLY FOR SOMETHING WRONG SHE DID TO ME"!! I WAS ARRESTED ON THIS CHILDS LIE, AND CHARGED WITH A FELONY. THE REPORT NARRITIVES OF THE INCIDENT USED BY POLICE CLAIMING PROBABLE CAUSE FOR ARREST, STATED EVERYTHING THE POLICE WERE, "TOLD"! UPON QUESTIONING IN PRELIMINARY HEARING, THE INVESTIGATING AS WELL AS ARRESTING OFFICER, DETECTIVE TONEY, SWORE UNDER OATH THAT SHE OBSERVED; 1.) NO POINT OF ENTRY, 2.) NO DAMAGE, 3.) NO PHOTOS OR VIDEO OF ANY DAMAGE, 4.) NOTHING MISSING, 5.) NO FINGERPRINTS OR D.N.A.. MY QUESTION IS, "WHERES THE BURGLARY"? LET ALONE PROBABLE CAUSE FOR PROSECUTION. A.D.A. MEKESHA (SMITH) CREAL HAS THIS DOGGED TENACITY TO CONVICT WHICH IN THIS CASE EQUALS FRIVILOUS, VENGEFUL, AND MALISHOUS PROSECUTION, EVEN THOUGH JUDGE O'CALLIHAN HAS NOT ONCE NOTED ON RECORD IN COURT THAT PROBABLE CAUSE EXISTS! I FILED A PRO SE MOTION FOR PRELEMINARY HEARING TRANSCRIPT PURSUANT TO TITLE 7, ARTICLE 294, SUBPARAGRAPH (D.) AND ARTICLE 295 SUBPARAGH (B) AND (C), OF THE LOUISIANA CODE OF CRIMMINAL PROCEEDURE, IN WHICH JUDGE O'CALLIHAN GRANTED IN OPEN COURT OVER TWO MONTHS AGO! I HAVE SENT TWO LETTERS OF DEMAND TO MIKE SPENCE, CLERK OF CADDO DISTRICT COURT FOR MY TRANSCRIPT BECAUSE THE COURT, AND DISTRICT ATTORNEYS OFFICE ACTS AS THOUGH NIETHER OF THEM HEARD THE DETECTIVES TESTIMONY TOTALLY CONTRADICTING AND DISPUTING THE ARREST REPORT THAT, "SHE WROTE"!! (SEE POLICE NARRATIVES INCLUDED). THE CLERKS OFFICE HAS MADE IT IMPOSSIBLE SUDDENLY FOR ME TO USE THE P.E. TRANSCRIPT TO PROVE LACK OF PROBABLE CAUSE BECAUSE NO EVIDENCE OF BURGLARY EXISTS!!

COLEMAN
V.
(SMITH) CREAL ET AL

U.S. DISTRICT COURT
WESTERN DISTRICT OF LA.

PAGE 3 OF 3

I HAVE GONE SO FAR AS TO CONTACT THE CADDO PARISH DISTRICT ATTORNEY, JAMES STEWERT HIMSELF REQUESTING THAT HE COMPARE THE POLICE REPORTS TO THE P.E. TRANSCRIPT, AND INSTRUCT A.D.A. MEKESHA (SMITH) CREAL TO TO CEASE AND DISIST THIS BLATENT PROSECUTORIAL MISCONDUCT THAT IS COSTING MY FREEDOM, CIVIL RIGHTS, AND CIVIL LIBERTIES. HE HAS THUS FAR IGNORED MY REQUEST FOR JUSTICE, INDICATING HIS AGREEMENT AND APPROVAL OF HIS ASSISTANTS MISCONDUCT. IT IS UPON THESE GROUNDS THAT I RESPECTFULLY REQUEST A 42 USC 1983 CIVIL RIGHTS COMPLAINT PACKAGE AND INFORMA PAUPERUS APPLICATION. PLEASE SEE THIS FOR WHAT IT IS AS I HAVE, AND SUBPOENA THE TRANSCRIPT OF MY PRELIMINARY EXAMINATION OF, 8/3/2017, AND PLACE AN INJUCTION ON THIS PROSECUTORIAL MISCONDUCT. JUDGE O'CALLIHAN IS TOTALLY IGNORING THE OBVIOUS HERE AND, (AS USUAL), ALLOWING THE A.D.A. TO CONTROL HIS COURT WITH INTERVENTION FROM HIM EVEN THOUGH HE CAN'T HELP BUT SEE THE MISCARRAGE OF JUSTICE IN THIS MATTER. IF POSSIBLE, PLEASE FORWARD TO ME ALSO A COVER SHEET, A MANUEL ON FILING THE 1983 IN FEDERAL COURT, AND HONOR THIS FORMAL REQUEST TO HAVE THE U.S. MARSHALLS OFFICE ISSUE THE SUMMONS TO ALL PARTIES OF THE DEFENSE UPON COMPLETION AND RETURN OF THE 1983 COMPLAINT, AND INFORMA PAUPEROUS APPLICATION. THANKS, AND MAY GOD BLESS THIS HONORABLE COURT
"HOME ADDRESS, 1708 DILG LEAGUE DR. SHREVEPORT, LA. 71109"

x Ralphell Young 110370
    WITNESS
x Allen Martin 118758
    WITNESS
x [signature] 116701
    WITNESS

x E.O.[signature] 81165
    PLAINTIFF

x _PRO SE_
    ATTORNEY

THESE SIGNATURES VERIFY AUTHENTICITY AND SERVE AS NOTARY