**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

ERWIN D. COLEMAN                         CIVIL ACTION NO. 17-1493-P

VERSUS                                            JUDGE S. MAURICE HICKS, JR.

MEKESHA SMITH CREAL, ET AL.       MAGISTRATEJUDGE HORNSBY

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, and noting the lack of written objections filed by Plaintiff and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the motion for preliminary injunction (Record Document 16) is **DENIED.**

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 27th day of February, 2019.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT